UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>Defendant. | CASE NO. 5:08-CV-04353-HRL<br><br>HONORABLE HOWARD R. LLOYD<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Good cause having been shown: |
| 3 | **IT IS ORDERED** that the case management conference currently set for January 13, |
| 4 | 2009 at 1:30 p.m. be continued to April 14, 2009. |
| 5 | **IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules |
| 6 | 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended |
| 7 | for 90 days, until April 15, 2009. |

Dated: 1/6/09

By: _____
Honorable Howard R. Lloyd
United States Magistrate Judge

3

*EX PARTE* APPLICATION TO CONTINUE CMC AND TO EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER
Case No. 5:08-cv-04353-HRL
#41854 v1 saf